IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

Estate of Gregory V. Faull, by
Curt Jacobus, Esq., his duly appointed Personal
Representative,

    Plaintiffs,

VS.

John McAfee, Samantha Vanegas, and
Amy Herbert

    Defendants.
_____/

Civ. No.

6:13-CV-1746-ORL-31KRS

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff sues Defendants, jointly and severally and alleges:

1. This case arises out of the death of Gregory V. Faull, a/k/a Gregory Faull ("Faull"), which occurred in the nation of Belize on or about November 11, 2012.

2. Jurisdiction is based upon diversity of citizenship, as the damages in this action exceed the statutory minimum of $75,000.00, and therefore this action is filed in this Court pursuant to 28 USC Sec. 1332.

3. At the time of his death and for a considerable amount of time prior thereto, Faull was a United States Citizen and resided within this division in the Middle District of Florida, before spending time in the Commonwealth of Belize where he died.

4. Upon information and belief, Defendant John McAfee ("McAfee") is a citizen of the United States and a current resident of a state other than the State of Florida. In November, 2012, McAfee was living in Belize.

5. The Personal Representative of the Estate of Gregory Faull, deceased, is Curt Jacobus, Esq., a United States Citizen, residing in Brevard County, Florida. Attached as Exhibit "A" are Letter of Administration, dated October 8, 2013, for In Re: Estate of Gregory V. Faull, Deceased, issued from Brevard County, Florida, in Probate case #05-2013-CP-071159.

6. After the death of Faull, McAfee, who was aware he was being sought by the Government of Belize and its law enforcement personnel for interrogation concerning the death of Faull, concealed himself from detection on numerous occasions and then fled Belize with a girlfriend, Samantha Vanegas ("Samantha"). McAfee entered Guatemala illegally where he was arrested and detained. McAfee re-entered the United States from Guatemala through the State of Florida and has since re-located to Oregon.

7. Venue is appropriate in this District and Division pursuant to 28 USC Sec. 1391 due to the continued movement by McAfee both in and out of the United States, and the fact that he reentered this Country through Florida from Guatemala, coupled with the fact that the Administration of Faull's Estate will take place in a County located in this Division of the Middle District of Florida, and that Faull himself was a long time resident prior to his death in this District..

8. On or about November 11, 2012, and for some time prior thereto, Faull and McAfee were neighbors and spent time on properties one house apart in Ambergis Caye in Belize.

9. Upon information and belief, a dispute of a personal nature arose between Faull and McAfee. McAfee, either directly or through his behest or by his agents (including Samantha and Amy, both of whom are Belize citizens) conspired to and caused the death of Faull by a gunshot to his head on or about November 11, 2012.

10. As a result, the Estate of Faull and his survivor has suffered damages which are compensable in this Court.

## COUNT I - ACTION UNDER FLORIDA'S WRONGFUL DEATH ACT
### McAfee-Vanegas - Herbert
### (F.S.768.16 - 768.26)

11. Plaintiff re-alleges paragraphs 1 through 10 as if fully stated herein.

12. McAfee, as well as Samantha and Amy, acted in a negligent or intentional manner resulting in the death of Faull in violation of their respective duty to refrain from said conduct, and Faull's survivors and his Estate as beneficiaries are entitled to compensatory damages under Florida's Wrongful Death Act.

13. Faull is survived by his daughter, Amber Eileen Faul,l born May 31, 1987, who is a beneficiary. As a survivor, the daughter is entitled to damages to include:

    a. Value of lost support and services from date of injury to death;
    b. Value of future loss of support and services from date of death;
    c. Such other damages as allowed by law to this beneficiary.

14. The Estate of Gregory Faull, is entitled as a beneficiary to damages including:

    a. Loss of earnings of the deceased from date of Injury till death;
    b. Loss of prospective net accumulations of the estate;

    c. Medical and funeral expenses;

    d. Such other damages as are allowed by law to this beneficiary.

WHEREFORE Plaintiff demands judgment for damages against John McAfee, Samantha Vanegas and Amy Herbert, jointly and severally together with costs and interest on liquidated sums.

## COUNT II – COMMON LAW NEGLIGENCE

15. Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

16. McAfee, as well as Samantha and Amy, acted in a negligent or intentional manner resulting in the death of Faull in violation of their respective duty to refrain from said conduct and Faull's survivors and his Estate are entitled to resulting damages.

WHEREFORE Plaintiff demands judgment for damages against John McAfee, Samantha Vanegas and Amy Herbert, jointly and severally together with costs and interest on liquidated sums.

## COUNT III – INTENTIONAL BATTERY RESULTING IN INJURY AND DEATH

17. Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

18. McAfee, as well as Samantha and Amy, intentionally caused or ordered conduct he and they knew would result in the injury and death of Faull and each are guilty of and committed the tort of battery entitling Faull's survivors and his Estate to damages.

WHEREFORE Plaintiff demands judgment for damages against John McAfee, Samantha Vanegas and Amy Herbert jointly and severally together with costs and interest on liquidated sums.

## COUNT IV – PUNITIVE DAMAGES

19. Plaintiff restates the allegations of Paragraphs 1-10, 12-14, 16 and 18 above as if the same were set forth herein.

20. Because of the actions of John McAfee either directly or through his behest or by his agents (including Samantha and Amy) causing the death of Faull by a gunshot wound to his head, Plaintiff is entitled to an award of punitive damages against John McAfee, Samantha Vanegas and Amy Herbert.

21. Before he was killed, Faull endured great physical harm and personal injury inflicted upon him by the Defendants herein, and by the assistance of others conspiring with the Defendants. As a result, Plaintiff is entitled to an award of punitive damages against John McAfee, Samantha Vanegas and Amy Herbert.

WHEREFORE Plaintiff demands judgment for punitive and compensatory damages against John McAfee, Samantha Vanegas and Amy Herbert jointly and severally together with costs and interest on liquidated sums.

PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

/s/

---

GARY ROBERTS, Esq.,
 FBN: 157837
Gary Roberts & Associates. P.A.
324 Datura St., Suite 223
West Palm Beach, FL 33401
561.686.1800
gary@palmbeachtrialattorney.com


AND


JOSEPH A. WOLSZTYNIAK, Esq.,
FBN: 490814
 Of Counsel
Gary Roberts & Associates, P..A.
324 Datura St., Suite 223
West Palm Beach, FL 33401
561.686.1800
joseph@palmbeachtrialattorney.net

6