# EXHIBIT A

IN THE CIRCUIT COURT FOR BREVARD COUNTY, FLORIDA                                              PROBATE DIVISION

IN RE: ESTATE OF

File No. 05-2013-CP-071159

GREGORY V. FAULL,

      Deceased.
_____/

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN:

    WHEREAS, GREGORY V. FAULL, a resident of Brevard County, Florida, died on November 11, 2012 owning assets in the State of Florida, and

    WHEREAS, Curt Jacobus, Esq. has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

    NOW, THEREFORE, I, the undersigned Circuit Judge, declare Curt Jacobus, Esq. duly qualified under the laws of the State of Florida to act as personal representative of the estate of GREGORY V. FAULL, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

    Ordered on _____, 2013.

ORIGINAL SIGNED ON

OCT 08 2013

BY JOHN M. HARRIS
CIRCUIT JUDGE
_____
Circuit Judge