IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Civ. No.  6:13-cv-01746-GAP-KRS

ESTATE OF GREGORY V. FAULL,
By CURT JACOBUS, ESQ., his duly
duly appointed Personal Representative,

      Plaintiffs,
VS.

JOHN MCAFEE,

      Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THIS COURT'S AMENDED REPORT AND RECOMMENDATION OF SEPTEMBER 17, 2018 (DOC. 115)

Plaintiff, the Estate of Gregory V. Faull by Curt Jacobs, Esq., his duly appointed personal representative, moves for a twenty-one (21) day extension through and including Monday, October 22nd, 2018 to file a response to the Court's Amended Report and Recommendation (Doc 115),. In support, Plaintiff states as follows:

1. On September 17, 2018 this Court filed its Amended Report and Recommendation) and granted Plaintiff until Monday October 1, 2018 to respond.

2. Lead Plaintiff's counsel has a prepaid vacation with his family, leaving the country on September 21, 2018 and will not return until October 3, 2018 to the office.

3. Due to the schedules of the Plaintiff's attorney and vacation and other trial related scheduling and preparation issues, it would be difficult and prejudicial for said attorney to prepare an adequate response in the present time period to address the numerous and complex issues and mandates of the subject report.

4. This case is presently at a critical junction. It is necessary and beneficial for the parties and this Court that counsel for Plaintiff has adequate time to comprehensively research and address each of the report's requests and mandates to streamline this case and ensure that the trial of this case may be expeditiously postured for the trial and reduce the time expanded by this Court.

5. Plaintiff has perfected service on the Defendant McAfee for the third time, and for the third time Defendant has failed to timely answer or appeal. Therefore, there is presently no opposing counsel with which to confer as would otherwise be required by Local Rule 3.01. Further, there would be no prejudice to any party.

WHEREFORE, Plaintiff respectfully requests that this Court extend the deadline for responding to the Amended Report and Recommendation (Doc. 115) to Monday, October 22, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via e-portal, and sent to Defendant John McAfee via e-mail: jdavidmacfee@yahoo.com as well as his last known address via U.S. Mail at 79 Circle Place Lexington, TN 38351 on this **21st** day of **September, 2018**.

Gary W. Roberts, Esquire
Florida Bar No.: 157837
Joseph A. Wolsztyniak, Esquire
Florida Bar No.: 490814
Gary Roberts & Associates, P.A.
Attorneys for Plaintiff
580 Village Boulevard, Suite 300
West Palm Beach, FL 33409
Telephone: 561-686-1800
Facsimile: 561-686-1533
Gary@palmbeachtrialattorney.net
Joseph@palmbeachtrialattorney.net
Rlawson@palmbeachtrialattorney.net