# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ESTATE OF GREGORY V. FAULL

    Plaintiff,

v.                                    Case No. 6:13-cv-1746-Orl-31LRH

JOHN MCAFEE

    Defendant.

_____/

## NOTICE OF APPEARANCE BY COUNSEL FOR PLAINTIFF

Please take notice that Thomas E. Bishop and Charles Hardage of Bishop & Mills, PLLC hereby enter their appearances as counsel for Plaintiff and request to be copied on all future pleadings, correspondence, and other communications.

Respectfully submitted this 22nd day of June 2020.

                                    BISHOP & MILLS, PLLC

                                    By /s/ *Thomas E. Bishop*
                                          Thomas E. Bishop

                                    Florida Bar Number 956236
                                    Charles Hardage
                                    Florida Bar Number 76917

One Independent Drive, Suite 1700
Jacksonville, Florida  32202
(904) 598-0034/(904) 598-0395 (facsimile)
*tbishop@bishopmills.com*
*chardage@bishopmills.com*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HERBY CERTIFY** that on June 22, 2020, I have provided a true and correct copy of the foregoing to Defendant, John McAfee via e-mail (jdavidmcafee@yahoo.com, john.mcafee@lycos.com; mrsjanicemcafee@gmail.com, and elizabethmcafee@gmail.com) and U.S. Mail at 79 Circle Place Lexington, TN 38351, 98 Scott St., Lexington, TN 38351-4049, 21 Mulberry Lane, Lexington, TN 38351, and 53192 Lands End Way, Frisco, NC 27936.

/s/ *Thomas E. Bishop*
Attorney